UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>   Plaintiff,<br><br>   v.<br><br>SANDPOINT GAS N GO & LUBE CENTER, INC., an Idaho corporation; and SYDNEY M. OSKOUI, an individual<br><br>   Defendants. | Case No. 2:14-cv-00357-BLW<br><br>**ORDER** |

The Court has before it Plaintiff's Motion for Extension of Time to Respond (Dkt. 8). The Court asked the defendants to respond to the motion to shorten time to respond to motion for extension of time by October 14, 2014. Defendants did not respond – although the Court recognizes that defendants are not represented by counsel and may not have seen the Court's docket entry order. Nevertheless, the Court must decide the motion on an expedited basis, and the Court finds good cause to grant the motion.

**ORDER**

**IT IS ORDERED:**

1.   Plaintiff's Motion for Extension of Time to Respond (Dkt. 8) is

**GRANTED**. Plaintiff shall file its response to the motion to dismiss on or before November 7, 2014.

2. The Clerk of the Court shall send a copy of this Order to the defendants.

DATED: **October 15, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge