UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>                Plaintiff,<br>   v.<br><br>SANDPOINT GAS N GO & LUBE CENTER, INC., an Idaho corporation; and SYDNEY M. OSKOUI, an individual,<br><br>                Defendant. | Case No. 2:14-cv-00357-BLW<br><br>**ORDER** |

## INTRODUCTION

It appears from the record in this case that defendant Sydney M. Oskoui is representing himself, and that he is attempting to represent defendant Sandpoint Gas N. Go & Lube Center, Inc. "Whenever an entity other than an individual desires or is required to make an appearance in this Court, the appearance shall be made only by an attorney of the bar of this Court or an attorney permitted to practice under these rules." Dist. Idaho Loc. Civ. Rule 83.4(d); *see also Rowland v. California Men's Colony*, 506 U.S. 194, 201-02, (1993); *In re America West Airlines*, 40 F.3d 1058, 1059, (Ninth Circuit 1994).

Accordingly, **IT IS HEREBY ORDERED** that Defendant Sandpoint Gas N. Go

& Lube Center, Inc. shall, within 21 days of receiving this Order, appoint an attorney to appear on its behalf, as the entity cannot appear without being represented by an attorney pursuant to Dist. Idaho Loc. Civ. R. 83.4(d). If an attorney for Sandpoint fails to appear within the 21 day period allowed by this Order, such failure will be sufficient grounds for entry of a default against Sandpoint. Upon entry of this Order, no further proceedings may be had in the action that will affect the right of the defendants for a period of 21 days.

DATED: **November 10, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge