MOTIONS, OBJECTIONS, ETC.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 9/24/2015
Judge B. Lynn Winmill                Deputy Clerk: Jamie Bracke
Case No. 2:14-cv-357-BLW             Reporter: Tammy Hohenleitner
Place: Coeur d'Alene                 Time: 11:16 - 12:55 p.m.

Thomas E. Perez v. Sandpoint Gas N Go & Lube Center, Inc., et al

Counsel for Plaintiff: Evan Nordby and Jessica Flores

No appearance by the defendant

The Court reviewed the case history.

The Court heard evidence and argument regarding the Motion for Default Judgment (dkt. 42) and the request for punitive damages.

WITNESSES
    Plaintiff:
        1) Daniel Friend Kramer
        2) Diane Pelletier Rebollo
        3) Galen Blanton

EXHIBITS
    Plaintiff: 1, 2, and 3

The Court ordered the defendant pay punitive damages in the amount of $100,000.00. A written order is forthcoming.