**U.S. DEPARTMENT OF LABOR**          Occupational Safety and Health Administration
                                      300 Fifth Avenue, Suite 1280
                                      Seattle, Washington 98104

<u>Via UPS</u>

April 11, 2013

Jason Leiber
577 Whisky Jack Road
Sand Point, ID  83864

RE:    Sand Point Gas n' Go & Lube Center/Kramer/0-0160-12-013

Dear Mr. Leiber:

Enclosed is the statement that I typed based on my notes of your interview conducted on January 10, 2013.  Please review your statement and make any corrections that you feel more accurately represent your statement, *initial all changes, and sign and date the bottom of each page.* Also, sign on the last page and have another individual witness your signatures by signing below your signatures and providing an address and telephone number where he or she can be reached.

Please return the *original* signed statement in the enclosed self-addressed, stamped envelope *by close of business on* **April 29, 2013**. If you have any questions, or if I can be of assistance, please do not hesitate to contact me at (206) 757-6688.  Thank you for your cooperation in this matter.

Sincerely,

*Lynett Loreny*

for Diane Rebollo
Investigator

Enclosures:    Interview Statement of Jason Leiber
               Self-Addressed Stamped Envelope



# U.S. DEPARTMENT OF LABOR

## OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION

### S T A T E M E N T

I, Jason Leiber, made the following statement on January 10, 2013, freely and voluntarily to Diane Rebollo, who has identified herself to me as an Investigator for the U.S. Department of Labor, knowing this statement may be used as evidence. I have been informed by this Investigator that Section 17(g) of the Occupational Safety & Health Act of 1970 and 18 USC §1001 make it a criminal offense to knowingly make a false statement or misrepresentation during a Federal investigation. I reside at, 577 Whisky Jack Road, in the City of Sand Point, State of Idaho, Zip Code 83864 and my telephone number is (208) 304-8328. I hereby verify that the following statement is true to the best of my knowledge.

There were three employees at this location, myself, Kevin Byers, and Daniel Kramer. I worked for this company for approximately two years as a Lube Technician and even though I worked there longer than the other two employees, I did not carry the title of a supervisor or lead; we were all Lube Technicians. Our supervisor was Sydney Oskoui, Owner of Sandpoint Gas n' Go and Lube Center. I no longer work there; I voluntarily quit this job, even if it meant losing $1.50/hour in doing so. I know Complainant Daniel Kramer from working with him at this location. When we had safety concerns, we would inform Mr. Oskoui or we would just discuss the matter amongst ourselves. It was very apparent that Mr. Oskoui had no concern over the safety of his employees. For example, we have been told to go up on the roof with no safety equipment; we were not allowed to have a worker hold the 25 foot unstable ladder for another while working; the safety deficiencies we

Signature _____ Date 4-23-13

*Authenticity of Statement:* This typed statement is the property of the U.S. Government. Permission is not given to reproduce the format and/or substitute it as authentic.

DOL 000078

brought up were never fixed; there were no first aid kits, we had oil spills, electrical fires, loose wiring and more.

I was aware that Mr. Kramer had a safety concerns, because we all did and we all discussed our concerns with each other and Mr. Oskoui.  Mr. Kramer told me that he was going to call OSHA in order to ensure a safer environment for the employees and I encouraged him to do so.  We did not tell Mr. Oskoui that Mr. Kramer was going to call OSHA.

I was present when the OSHA Inspector arrived.  I did the walk around with the Inspector, insuring the Inspector saw all the safety concerns that we talked about amongst each other. Mr. Oskoui was not present during the walk around but had allowed me to handle this situation in his behalf.  I was not sure about the actual outcome of the inspection; however, shortly after Mr. Oskoui found out the results of the inspection, he had fired both of the new employees. I believe Mr. Kramer and Mr. Byers were fired because Mr. Oskoui believed it was one of the two that called OSHA.  When I asked Mr. Oskoui why he fired them, he kept saying "they are not for us." This was the answer every time I asked and the reason I asked was because I couldn't figure out why Mr. Oskoui would make the decision to fire Mr. Kramer.  Mr. Kramer was one of the best and most experienced employees they have ever had.  Mr. Kramer was great with customers and because of his extensive background in mechanics and formal training in diesel mechanics; Mr. Kramer was invaluable to the company.  That and the fact that the company only had three employees; it just didn't make sense to fire him.

Signature _____  Date 4-23-13

**Authenticity of Statement:** This typed statement is the property of the U.S. Government.  Permission is not given to reproduce the format and/or substitute it as authentic.

DOL 000079

Mr. Oskoui did not have a good relationship with any of the employees.  He lacked concern and respect for everyone that worked at Sandpoint Gas n' Go and Lube Center.

---

I understand that this statement will be held in confidence until such time as I may be called upon to testify in a court proceeding, at which time it may be produced upon demand of opposing counsel. Additionally, this statement may be made available to other agencies if it will assist them in the performance of their statutory functions.  Upon the closing of this case, this statement may be subject to disclosure under the provisions of the Freedom of Information Act.

_____ I hereby waive the above-stated rights to confidentiality and give my permission to disclose this statement.
*Your Initials*

_____ I do not give my permission to disclose this statement.
*Your Initials*

---

I have read and had the opportunity to correct this statement consisting of ___ typewritten and/or handwritten pages.  Each page has been numbered and I have initialed each correction.  If I refuse to sign and/or return the statement to OSHA, I understand that it will be entered into the record as an accurate account of my interview.  Section 17(g) of the Occupational Safety & Health Act of 1970 and 18 USC §1001 make it a criminal offense to knowingly make a false statement or misrepresentation in this statement.

WITNESS:

_____          _____
(Signature)                                              (Date)   4/23/13

_____
(Street Address)   577 Whiskey Jack

_____          _____
(City) SPT   (State) ID   (ZIP Code) 83864          (Area Code -Telephone Number) (208) 946-6849

Signature _____ Date 4/23/13

*Authenticity of Statement:* This typed statement is the property of the U.S. Government.  Permission is not given to reproduce the format and/or substitute it as authentic.

Page 3 of 3