

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 242597
Inspection Date(s): 02/24/2012 - 02/24/2012
Issuance Date: 04/16/2012

## Citation and Notification of Penalty

Company Name: Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
Inspection Site: 404 Larch St., Sandpoint, ID 83864

### Citation 1 Item 1    Type of Violation: **Serious**

29 CFR 1910.23(a)(5): Every pit and floor opening was not adequately guarded by standard railing or any other effected means

(a) In the shop: On or about February 24, 2012, and at times prior thereto, the openings into the service pits were not guarded against employees falling into them when there are not vehicles being serviced.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:      04/23/2012
Proposed Penalty:                            ~~$1800.00~~
                                             $500.00

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

### Citation 1 Item 2 a  Type of Violation: **Serious**

29 CFR 1910.305(j)(1)(i): Fixtures, lampholders, lamps, rosettes, and receptacles located within 8 feet of the floor had live parts exposed to employee contact:

(a) In the pit: On or about February 24, 2012, and at times prior thereto, the cover was removed from a fluorescent light fixture in the service pit exposing employees to the live conductors inside.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:      04/23/2012
Proposed Penalty:                            ~~$3000.00~~
                                             $500.00



**U.S. Department of Labor**　　Inspection Number: 242597
Occupational Safety and Health Administration　Inspection Date(s): 02/24/2012 - 02/24/2012
　　Issuance Date: 04/16/2012

## Citation and Notification of Penalty

Company Name: Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
Inspection Site: 404 Larch St., Sandpoint, ID 83864

### Citation 1 Item 2 b   Type of Violation: Serious

29 CFR 1910.305(g)(2)(iii): Flexible cords and cables were not connected to devices and fittings so that strain relief was provided that would prevent pull from being directly transmitted to joints or terminal screws:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, the outer insulation had pulled away from the plug end of an extension cord.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:　　04/23/2012

### Citation 1 Item 2 c   Type of Violation: Serious

29 CFR 1910.334(a)(2)(ii): There was a defect or evidence of damage that could have exposed an employee to injury and the defective or damaged item was not removed from service:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, an extension cord in the Northeast corner of the shop had cuts in the outer insulation and was still being used.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:　　04/23/2012

| U.S. Department of Labor | Inspection Number: 242597 |
|---|---|
| Occupational Safety and Health Administration | Inspection Date(s): 02/24/2012 - 02/24/2012 |
| | Issuance Date: 04/16/2012 |



### Citation and Notification of Penalty

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864

Citation 1 Item 2 d  Type of Violation: **Serious**

29 CFR 1910.334(a)(3)(ii): Attachment plugs and receptacles were connected or altered in a manner which prevented proper continuity of the electric equipment grounding conductor at the point where plugs were attached to receptacles:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, an extension cord in the north east corner of the shop was missing the grounding prong.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:                04/23/2012

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 2 Item 1 a  Type of Violation: **Other-than-Serious**

29 CFR 1910.157(e)(2): Portable fire extinguishers were not visually inspected at least monthly:

(a) In the shop: On or about February 24, 2012, and at times prior thereto, the fire extinguisher in the northeast corner of the shop had not been visually inspected.

(b) In the Service Pit: On or about February 24, 2012, and at times prior thereto, the fire extinguisher by the stairs had not been visually inspected.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:                04/23/2012
Proposed Penalty:                                       $.00

U.S. Department of Labor  Inspection Number: 242597
Occupational Safety and Health Administration  Inspection Date(s): 02/24/2012 - 02/24/2012
Issuance Date: 04/16/2012



**Citation and Notification of Penalty**

Company Name: Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
Inspection Site: 404 Larch St., Sandpoint, ID 83864

Citation 2 Item 1 b Type of Violation: **Other-than-Serious**

29 CFR 1910.157(e)(3): Portable fire extinguishers were not subjected to an annual maintenance check:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, the fire extinguisher in the northeast corner of the shop was past its annual maintenance check.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:  04/23/2012

David G. Kearns
Area Director

**U.S. Department of Labor**
Occupational Safety and Health Administration
1150 North Curtis Road Suite 201
Boise, ID 83706
Phone: 208-321-2960  Fax: 208-321-2966



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864
**Issuance Date:** 04/16/2012

**Summary of Penalties for Inspection Number**    242597
**Citation 1, Serious**                           ~~$4800.00~~ $1000.00
**Citation 2, Other-than-Serious**                $.00
**TOTAL PROPOSED PENALTIES**                      ~~$4800.00~~ $1000.00

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

DOL 000089

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____
**David G. Kearns**
Area Director

Apr. 16, 2012
_____
Date

DOL 000090

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. <u>In addition</u>, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days

(excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on 04/16/2012. The conference will be held at the OSHA office located at 1150 North Curtis Road, Boise, ID 83706 on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

Company Name: Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
Inspection Site: 404 Larch St., Sandpoint, ID 83864
Issuance Date: 04/16/2012

**Inspection Number: 242597**

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1150 North Curtis Road, Suite 201 Boise, ID 83706**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                  Date

_____          _____
Typed or Printed Name                      Title

**NOTE:** 29 USC 666.(g) whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review

| U.S. Department of Labor<br>Occupational Safety and Health Administration | Inspection Number: 242597<br>Inspection Date(s): 02/24/2012 - 02/24/2012<br>Issuance Date: 04/16/2012 |
|---|---|



## Citation and Notification of Penalty

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864

Citation 1 Item 1   Type of Violation: **Serious**

29 CFR 1910.23(a)(5): Every pit and floor opening was not adequately guarded by standard railing or any other effected means

(a) In the shop: On or about February 24, 2012, and at times prior thereto, the openings into the service pits were not guarded against employees falling into them when there are not vehicles being serviced.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:         04/23/2012
Proposed Penalty:                                $1800.00

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

Citation 1 Item 2 a   Type of Violation: **Serious**

29 CFR 1910.305(j)(1)(i): Fixtures, lampholders, lamps, rosettes, and receptacles located within 8 feet of the floor had live parts exposed to employee contact:

(a) In the pit: On or about February 24, 2012, and at times prior thereto, the cover was removed from a fluorescent light fixture in the service pit exposing employees to the live conductors inside.

Note: Abatement certification is required for this item.

Date by which Violation must be Abated:         04/23/2012
Proposed Penalty:                                $3000.00

| U.S. Department of Labor | Inspection Number: 242597 |
|---|---|
| Occupational Safety and Health Administration | Inspection Date(s): 02/24/2012 - 02/24/2012 |
| | Issuance Date: 04/16/2012 |



## Citation and Notification of Penalty

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864

### Citation 1 Item 2 b   Type of Violation: **Serious**

29 CFR 1910.305(g)(2)(iii): Flexible cords and cables were not connected to devices and fittings so that strain relief was provided that would prevent pull from being directly transmitted to joints or terminal screws:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, the outer insulation had pulled away from the plug end of an extension cord.

Note: Abatement certification is required for this item.

**Date by which Violation must be Abated:** 04/23/2012

### Citation 1 Item 2 c   Type of Violation: **Serious**

29 CFR 1910.334(a)(2)(ii): There was a defect or evidence of damage that could have exposed an employee to injury and the defective or damaged item was not removed from service:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, an extension cord in the Northeast corner of the shop had cuts in the outer insulation and was still being used.

Note: Abatement certification is required for this item.

**Date by which Violation must be Abated:** 04/23/2012

DOL 000096

| | |
|---|---|
| **U.S. Department of Labor**<br>Occupational Safety and Health Administration | Inspection Number: 242597<br>Inspection Date(s): 02/24/2012 - 02/24/2012<br>Issuance Date: 04/16/2012 |



## Citation and Notification of Penalty

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864

### Citation 1 Item 2 d   Type of Violation: **Serious**

29 CFR 1910.334(a)(3)(ii): Attachment plugs and receptacles were connected or altered in a manner which prevented proper continuity of the electric equipment grounding conductor at the point where plugs were attached to receptacles:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, an extension cord in the north east corner of the shop was missing the grounding prong.

Note: Abatement certification is required for this item.

**Date by which Violation must be Abated:**                                                            04/23/2012

The alleged violations below have been grouped because they involve similar or related hazards that may increase the potential for injury or illness.

### Citation 2 Item 1 a   Type of Violation: **Other-than-Serious**

29 CFR 1910.157(e)(2): Portable fire extinguishers were not visually inspected at least monthly:

(a) In the shop: On or about February 24, 2012, and at times prior thereto, the fire extinguisher in the northeast corner of the shop had not been visually inspected.

(b) In the Service Pit: On or about February 24, 2012, and at times prior thereto, the fire extinguisher by the stairs had not been visually inspected.

Note: Abatement certification is required for this item.

**Date by which Violation must be Abated:**                                                            04/23/2012
**Proposed Penalty:**                                                                                          $.00

DOL 000097

| U.S. Department of Labor | Inspection Number: 242597 |
|---|---|
| Occupational Safety and Health Administration | Inspection Date(s): 02/24/2012 - 02/24/2012 |
| | Issuance Date: 04/16/2012 |



## Citation and Notification of Penalty

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc. dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864

### Citation 2 Item 1 b  Type of Violation: **Other-than-Serious**

29 CFR 1910.157(e)(3): Portable fire extinguishers were not subjected to an annual maintenance check:

(a) In the Shop: On or about February 24, 2012, and at times prior thereto, the fire extinguisher in the northeast corner of the shop was past its annual maintenance check.

Note: Abatement certification is required for this item.

**Date by which Violation must be Abated:**                                                04/23/2012

David G. Kearns
Area Director

**U.S. Department of Labor**
Occupational Safety and Health Administration
1150 North Curtis Road Suite 201
Boise, ID 83706
Phone: 208-321-2960  Fax: 208-321-2966



# INVOICE /
## DEBT COLLECTION NOTICE

**Company Name:** Sandpoint Gas N Go & Lube Cntr Inc, dba Shell Rapid Lube
**Inspection Site:** 404 Larch St., Sandpoint, ID 83864
**Issuance Date:** 04/16/2012

| | |
|---|---:|
| **Summary of Penalties for Inspection Number** | 242597 |
| **Citation 1, Serious** | $4800.00 |
| **Citation 2, Other-than-Serious** | $.00 |
| **TOTAL PROPOSED PENALTIES** | $4800.00 |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____
**David G. Kearns**
Area Director

Apr. 16, 2012
_____
Date