UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>SANDPOINT GAS N GO & LUBE CENTER, INC., an Idaho corporation; and SYDNEY M. OSKOUI, an individual,<br><br>Defendants. | Case No. 2:14-CV-00357-BLW<br><br>JUDGMENT |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Thomas E. Perez, Secretary of Labor, United States Department of Labor, and against Defendants Sandpoint Gas N Go & Lube Center, Inc., an Idaho corporation; and Sydney M. Oskoui, an individual, as follows:

1.  Plaintiff's Motion for Default Judgment against Defendants Sandpoint Gas N Go & Lube Center, Inc., an Idaho corporation; and Sydney M. Oskoui, an individual; is GRANTED;

2.  As compensatory damages for violations of Section 11(c) of the Occupational Safety and Health Act ("OSH Act" or "the Act"), 29 U.S.C. § 660(c), Defendants shall pay $979.25 for lost wages and prejudgment interest thereon through June 30, 2015, plus postjudgment interest at the rate established by 28 U.S.C. § 1961 from June 30, 2015 through the date of payment in full; Defendants shall make this payment to Daniel Kramer by cashier's check; with a copy of the check sent the same date to Plaintiff as proof of payment, within 15 days of the date of this judgment;

3.  As punitive damages for violations of Section 11(c) of the Act, Defendants shall pay $100,000.00, plus postjudgment interest at the rate established by 28 U.S.C. § 1961 from the date of this judgment through the date of payment in full; Defendants shall make this payment to Daniel

**JUDGMENT – PAGE 1**
*Perez v. Sandpoint Gas N Go & Lube Center, Inc. et al.*

Kramer by cashier's check; with a copy of the check sent the same date to Plaintiff as proof of payment, within 15 days of the date of this judgment;

4. Defendants, their officers, agents, servants, employees and all persons acting or claiming to act in their behalf and interest are permanently enjoined from violating the provisions of Section 11(c)(1) of the Act, 29 U.S.C. §660(c)(1);

5. Defendants shall post a complete copy of this Judgment at the Sandpoint Gas n' Go and Lube Center as a notice stating to all concerned the following:

> Defendants Sydney M. Oskoui and Sandpoint Gas n' Go & Lube Center will not discharge or in any manner discriminate against employees because of filing a complaint with OSHA, giving a statement to an OSHA investigator, giving testimony in a proceeding before the Occupational Safety and Health Review Commission, making a complaint within the company about workplace safety or health, or otherwise engaging – whether real, perceived, or suspected – in any other activities protected by Section 11(c) of the Occupational Safety and Health Act.
>
> Any employee who believes that he or she has been discharged or otherwise discriminated against by Defendants in violation of Section 11(c) of the Occupational Safety and Health Act may make a complaint to the Boise Area Office of the Occupational Safety and Health Administration, at (208) 321-2960, alleging such retaliation.

The Judgment shall be posted on each employee bulletin board where other labor and employment law notice posters are posted; or, if no such bulletin board exists, behind the front counter. Defendants shall post this Judgment and submit proof of such posting by filing a declaration with this Court within 15 days of the date of this judgment stating that this Judgment has been posted, and attaching a photograph of the posted Judgment to the declaration. This Judgment shall remain posted for 90 days from the date of posting.

**JUDGMENT – PAGE 2**
*Perez v. Sandpoint Gas N Go & Lube Center, Inc. et al.*

7.    Upon application by the Plaintiff, costs shall be taxed by the Clerk against Defendants in favor of the Plaintiff.

8.    Defendants shall be jointly and severally liable for the amounts due under this Judgment.



DATED: September 29, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT – PAGE 3**
*Perez v. Sandpoint Gas N Go & Lube Center, Inc. et al.*