IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| THOMAS E PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR<br><br>Plaintiff,<br><br>v.<br><br>SANDPOINT GAS N GO & LUBE CENTER, INC., an Idaho corporation, and SYDNEY M. OSKOUI<br><br>Defendants. | Case No. 2:14-CV-357-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |
|---|---|

**MEMORANDUM DECISION**

In a decision filed July 12, 2018, the Court found the defendants in contempt and required them to either pay the damages owed or appear and submit to an examination regarding their assets and debts on August 9, 2018, in this Court's courtroom. Since that decision was filed, the defendants have failed to make any payment. The Court convened proceedings on August 9, 2018, but defendants failed to appear.

For these failures, the Court finds once again that the defendants are in contempt. At the conclusion of the hearing, the Court directed the Government to provide a brief addressing the Court's authority to issue sanctions, including further monetary sanctions and an arrest warrant.

**ORDER**

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the defendants are found in contempt of court (civil) for their failure to pay the sums set forth in the Memorandum Decision and Order (docket no. 95), and for their failure to appear for the examination on August 9, 2018.

IT IS FURTHER ORDERED, that the Government shall submit to the Court a brief addressing the Court's authority to issue sanctions, including further monetary sanctions and an arrest warrant.

DATED: August 9, 2018

B. Lynn Winmill
Chief U.S. District Court Judge